# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———
TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

**Sentencing adjourned to 5/14/21 at 3:30 pm.**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

January 7, 2021

1/8/21

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *United States v McCallum*, 14 Cr. 476 (CS)

Your Honor:

      Previously, I wrote to this Court to request a postponement of James McCallum's re-sentencing, noting at the time that Mr. McCallum was still considering whether he would be willing to appear remotely. This Court agreed to postpone the re-sentencing to February 12, 2021. Two days ago, however, I spoke with Mr. McCallum (who is currently housed at USP Thomson in Illinois) and he advised me that, after some consideration, he has decided that he wants to appear at the re-sentencing in person and is unwilling to appear by telephone or video.

      Upon learning of Mr. McCallum's wish to appear in person, I contacted AUSA Scott Hartman and asked that the government begin the process of arranging for Mr. McCallum to be moved to a facility in or close to New York City. AUSA Hartman also informed me that the process of transporting Mr. McCallum is likely to take at least 90 days.

      For these reasons, I ask that Mr. McCallum's sentencing be postponed at least three months from the current date of February 12th. The government consents to this application.

      Respectfully submitted,

      _____/s/_____
      James E. Neuman