**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
:
UNITED STATES OF AMERICA
:
    -against-
:
                                                       **ORDER**
:
JAMES MCCALLUM
:                      14 Cr. 476 (CS)
                                                      Docket #
:
------------------------------------------x

       Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

       According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

       IT IS HEREBY ORDERED that _____ Jeremy Gutman _____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____                                     _____
Attorney's Signature                                                Defendant's Signature

Jeremy Gutman
Print Attorney's Name

521 Fifth Avenue, 17th Floor
Address

New York, NY 10175

(212) 644-5200
Telephone

SO ORDERED:

_____             9/28/22
Presiding Judge                            DATED

_____             9/28/22
Laura Taylor Swain                      DATED
Chief Judge